S. & N. TRADING CORPORATION, Appellant, v. AMAZON BUILDING CORPORATION and Others, Defendants, and CHARLES GROSCH, Respondent. ALFRED J. ABERLE, as President of S. & N. TRADING CORPORATION, Appellant; JACOB W. KAHN, as Receiver, Respondent.— Order granting motion to punish for contempt reversed on the law and the facts, without costs, and motion denied, without costs. The provision in the judgment sought to be enforced as for a contempt is enforcible by issuance of execution, despite the fact that the judgment refrains from providing that it might be so enforced. (Marlee, Inc., v. Bittar, 257 N. Y. 240; Myers v. Becker, 95 id. 486; Harris v. Elliott, 163 id. 269.) Young, Carswell and Tompkins, JJ., concur; Lazansky, P. J., concurs in result; Kapper, J.; dissents and votes to dismiss the appeal. [See post, p. ——.]

ROSE M. SCOTTO, Appellant, v. ADELINA LETTERA and Others, Defendants, Impleaded with PHILIP HIRSCH and LENA HIRSCH, Respondents.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The respondents have no lien or claim to the real property, or any interest in the subject-matter of this action, entitling them to be made parties defendant. Their rights, if any, were determined by the judgment of foreclosure and sale in the action in which Adelina Lettera was party plaintiff. (McDermott v. Lawyers Mortgage Co., 232 N. Y. 336; Civ. Prac. Act, § 1085.) Kapper, Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

SARAH SLOWECKI, Suing Herein as SARAH SLOW, Individually and as Administratrix, etc., of JOHN SLOWECKI, Suing Herein as JOHN SLOW, Deceased, Respondent, v. FRANKLIN GARDENS CORPORATION, Appellant.— Judgment and order as resettled, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant, v. THE PENNSYLVANIA RAILWAY COMPANY, Appellant, and MORAN TOWING AND TRANSPORTATION COMPANY and EUGENIA MORAN, INC., Respondents.— On appeal by plaintiff, judgment and order unanimously affirmed, with costs to defendants, respondents. On appeal by defendant The Pennsylvania Railroad Company, judgment and order unanimously affirmed, with costs to plaintiff, respondent. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

FRANK STEINBERG, Appellant, v. CROWN HEIGHTS HOSPITAL, INC., Respondent. — Order denying motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

TONY SYLVIA, Appellant, v. NITA EYTH and JOSEPH EYTH, Respondents.— Order of the County Court of Westchester county reversing judgment of the City Court of New Rochelle unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ. [144 Misc. 316.]